

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BAO XU,<br><br>　　　　　Defendant. | Case No.  2:25-mj-03257<br><br>**ORDER OF DETENTION** |

　　　On June 2, 2025, the Court conducted a detention hearing, which was continued from May 28, 2025, at the request of Defendant Bao Xu, who made his initial appearance following his arrest on an Indictment filed in the Northern District of Indiana.

　　　☒　On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

　　　☒　On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the Defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure:

☒ the appearance of the Defendant as required.

☐ the safety of any person or the community.

The Court has considered the following:

(a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

(b) the weight of evidence against the Defendant;

(c) Defendant's history and characteristics; and

(d) the nature and seriousness of the danger to any person or the community.

*See* 18 U.S.C. § 3142(g)  The Court also considered all the evidence adduced at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusions as to risk of non-appearance on the following:

☒ Alleged use of dark web to purchase and ship illegal drugs;

☒ Debit/credit cards in other people's names found in Defendant's residence;

☒ Recent travel, including international travel.

☒ History of parole violations.

It is therefore ORDERED that Defendant Bao Xu be detained until trial and be transported to the United States District Court for the Northern District of Indiana for further proceedings.  **Defendant must be transported expeditiously, as he is scheduled for an appearance in the Northern District of Indiana on June 17, 2025 at 2:00 p.m.**

The Defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The Defendant will be afforded reasonable opportunity for private consultation with counsel.  On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined will deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.  *See* 18 U.S.C. § 3142(i).

Dated: June 2, 2025.

*Patricia Donahue*
_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE